Decided January 24, 2006

## RAUL IVAN DIAZ *v.* COMMISSIONER OF CORRECTION

The petitioner Raul Ivan Diaz' petition for certification for appeal from the Appellate Court, 92 Conn. App. 533 (AC 25296), is denied.

*Charles F. Willson,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided January 24, 2006

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided January 24, 2006